PHILLIP A. TALBERT
United States Attorney
MICHAEL G. TIERNEY
Assistant U.S. Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
   UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:16-po-00256-SAB |
| Plaintiff, | [Citation #4698835 CA/74] |
| v. | MOTION AND ORDER TO VACATE REVIEW HEARING |
| HEIDI WILLIAMS, | |
| Defendant. | |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Michael G. Tierney, Assistant United States Attorney, hereby confirms that the defendant herein has provided proof of completion of traffic school (please see Exhibit A, attached hereto and incorporated herein by this reference).  Plaintiff hereby moves to vacate the Review Hearing set for March 16, 2017, at 10:00 a.m., in Department 9, before the Honorable Stanley A. Boone.

DATED: March 13, 2017             Respectfully submitted,

                                  PHILLIP A. TALBERT
                                  United States Attorney

                            By:   /s/ Michael G. Tierney
                                  MICHAEL G. TIERNEY
                                  Assistant U.S. Attorney

1

**O R D E R**

IT IS HEREBY ORDERED that the Review Hearing set for March 16, 2017, at 10:00 a.m., in Department 9, before the Honorable Stanley A. Boone, is hereby vacated.

IT IS SO ORDERED.

Dated:   **March 13, 2017**

UNITED STATES MAGISTRATE JUDGE